# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMERICAN GLOBAL LOGISTICS, LLC,

    Plaintiff,

v.

ELK GROUP INTERNATIONAL, LLC, et al.,

    Defendants.

3:18-CV-1330
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 22xd DAY OF MARCH, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein.

2. The Motion to Dismiss by Defendant Elk Group International, LLC (Doc. 14) is **DENIED**.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's November 6, 2018 Order (Doc. 22).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge